UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CULLEN M. HANKERSON,

    Plaintiff,

  v.

LAKEWOOD SHERIFF'S DEPT., *et al.*,

    Defendants.

Case No. C99-5310FDB

ORDER DENYING MOTION TO REOPEN CASE

    This cause of action began in June 1999 and this Court adopted the Magistrate Judge's Report and Recommendation in April 2001. Plaintiff appealed, and the Ninth Circuit issued its mandate dismissing the appeal in April 2004. Plaintiff now seeks to have his case reopened and also moves for leave to proceed *in forma pauperis*. No good cause has shown to reopen this cause of action. ACCORDINGLY,

    IT IS ORDERED:

    1.    Plaintiff's Motion to Reopen Case [Dkt. # 168] is DENIED and

    2.    Motion for Leave to Proceed *in Forma Pauperis* [Dkt. # 169] is rendered MOOT.

    DATED this 6th day of April, 2007.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1